# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140598 & (80)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ANGELO LAMONT WISE,
     Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140598
COA: 286957
Wayne CC: 07-021351-FC

_____/

On order of the Court, the application for leave to appeal the February 2, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

Clerk

s0621